**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| MORALES, BRENDA L | ) | |
| | ) | CASE NO. 06-08291 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**TRUSTEE'S FINAL REPORT**

To:   THE HONORABLE
      BANKRUPTCY JUDGE BRUCE W. BLACK

      NOW COMES BRADLEY J. WALLER, Trustee herein, and respectfully submits to the Court and to the United States Trustee his Final Report in accordance with 11 U.S.C. §704(9).

1.    A Petition under Chapter 7 of the US Bankruptcy Code was filed by the above named debtors on 07/12/06.  BRADLEY J. WALLER was appointed as the Chapter 7 trustee on 07/12/06.  The Trustee's bond in this case is included as part of the Trustee's blanket bond.

2.    The Trustee certifies that he has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code.  The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee; there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge.  The Trustee certifies that this estate is ready to be closed.  The tasks performed by the Trustee are set forth on Exhibit A.

3.    The disposition of estate property is set forth in Exhibit B.  The scheduled value of property abandoned is $239,200.00.  The property abandoned, or sought to be abandoned, along with the reasons for such abandonment, is described in Exhibit B.

4.    A summary of the Trustee's Final Report as of June 25, 2007 is as follows:

    a.    RECEIPTS (See Exhibit C)    6,201.57

    b.    DISBURSEMENTS (See Exhibit C)    5.06

    c.    NET CASH available for distribution    6,196.51

    d.    TRUSTEE/PROFESSIONAL COSTS

        1.    Trustee compensation requested    1,370.16
            (See Exhibit E)

    2.    Trustee Expenses (See Exhibit E)         133.49

    3.    Compensation requested by attorney or other professionals for trustee (See Exhibit F)         0.00

5. The Bar Date for filing unsecured claims expired on 12/26/06.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (see Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

    a.    Allowed unpaid Secured Claims         0.00

    b.    Chapter 7 Administrative and 28 U.S.C. §1930 Claims         1,503.65

    c.    Allowed Chapter 11 Administrative Claims         0.00

    d.    Allowed Priority Claims         0.00

    e.    Allowed Unsecured Claims         39,131.91

7. Trustee proposes that unsecured creditors receive a distribution of 11.99% of allowed claims.

8. Total fees and expenses previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys, accountants, or other professional's fees and expenses requested but not yet allowed is $0.00. The total of Chapter 7 professional fees and expenses requested for final allowance is $1,503.65 (A summary of the professional fees and expenses previously requested is attached hereto as Exhibit G).

9. A fee of $800.00 was paid to Debtor's counsel for services rendered in connection with this case, and no basis appears to request an examination of those fees pursuant to 11 U.S.C. §329.

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing pursuant to 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report and for such other relief as the Court shall deem proper.

        RESPECTFULLY SUBMITTED:

Dated: 06/25/2007     By: /s/ Bradley J. Waller
        BRADLEY J. WALLER, TRUSTEE
        KLEIN, STODDARD, BUCK, WALLER
        & LEWIS, LLC
        2045 ABERDEEN COURT
        SYCAMORE, IL 60178

Brenda L. Morales
06-08291

## TASKS PERFORMED BY TRUSTEE

      The Trustee reviewed the Debtor's Schedule of Assets and Liabilities and Statements of financial Affairs. The Trustee conducted an examination of the Debtor at the Section 341 meeting of creditors. The Trustee discovered that the Debtor was entitled to a 2005 Income Tax Refund in the amount of $6,181.00. The Trustee filed a motion to compel turnover. An order was entered and debtor turned over the same.

      The Trustee prepared semi-annual reports to the United States Trustee's Office.

      The Trustee managed the estate's cash on hand. This included investing the estate's funds in interest bearing accounts and maintaining a report of cash receipts and disbursements.

      The Trustee examined the Debtor's records in an effort to identify additional assets available to the estate for liquidation and to verify the disposition of assets.

      The Trustee determined there were no tax issues pursuant to the attached memo from the Trustee's Accountant.

      The Trustee reviewed the claims filed in this case and objected to Claim #7 Centerone Financial; Claim #8 World Financial Network National Bank-Harlem Furniture. Claim #9 Denise Amador was reclassified as a general unsecured claim.

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-08291 BB  
**Case Name:** MORALES, BRENDA L  
**Period Ending:** 06/25/07

**Trustee:** (330500)   BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 07/12/06 (f)  
**§341(a) Meeting Date:** 08/31/06  
**Claims Bar Date:** 12/26/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | RESIDENCE | 200,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | CHECKING ACCOUNT | 100.00 | 0.00 | DA | 0.00 | FA |
| 3 | HOUSEHOLD GOODS | 6,500.00 | 0.00 | DA | 0.00 | FA |
| 4 | WEARING APPAREL | 400.00 | 0.00 | DA | 0.00 | FA |
| 5 | MISCELLANEOUS JEWELRY | 1,100.00 | 0.00 | DA | 0.00 | FA |
| 6 | MOTOROLA STOCK | 100.00 | 0.00 | DA | 0.00 | FA |
| 7 | 2004 MITSUBISHI ENDEAVOR | 15,000.00 | 0.00 | DA | 0.00 | FA |
| 8 | 2005 SCION | 16,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | TAX REFUND  (u) | 0.00 | 6,181.00 | | 6,181.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 20.57 | Unknown |
| 10 | **Assets Totals** (Excluding unknown values) | **$239,200.00** | **$6,181.00** | | **$6,201.57** | **$0.00** |

**Major Activities Affecting Case Closing:**

Page: 2

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 06-08291 BB  
**Case Name:** MORALES, BRENDA L  

**Trustee:** (330500) BRADLEY J. WALLER  
**Filed (f) or Converted (c):** 07/12/06 (f)  
**§341(a) Meeting Date:** 08/31/06  

**Period Ending:** 06/25/07  
**Claims Bar Date:** 12/26/06

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br><br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a) abandon.<br>DA=§554(c) abandon. | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):** December 31, 2007       **Current Projected Date Of Final Report (TFR):** June 25, 2007  (Actual)

## Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 06-08291 BB | | Trustee: | BRADLEY J. WALLER (330500) |
|---|---|---|---|---|
| Case Name: | MORALES, BRENDA L | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****32-65 - Money Market Account |
| Taxpayer ID #: | 13-7548951 | | Blanket Bond: | $5,000,000.00 (per case limit) |
| Period Ending: | 06/25/07 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Money Market Account Balance |
| 12/02/06 | {9} | Brenda L. Morales | Turnover of 2005 Income Tax Refund per court order of 10/27/2006 | 1224-000 | 6,181.00 | | 6,181.00 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 3.25 | | 6,184.25 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 4.12 | | 6,188.37 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.08 | | 6,191.45 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | TERFA Tax Refund | 1270-000 | -0.86 | | 6,190.59 |
| 03/01/07 | 1001 | Klein, Stoddard, Buck, Waller, & Lewis LLC | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 01/31/2007 FOR CASE #06-08291 | 2300-000 | | 5.06 | 6,185.53 |
| 03/07/07 | Int | JPMORGAN CHASE BANK, N.A. | | 1270-000 | 0.86 | | 6,186.39 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.30 | | 6,189.69 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.41 | | 6,193.10 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 3.41 | | 6,196.51 |
| | | | **ACCOUNT TOTALS** | | 6,201.57 | 5.06 | **$6,196.51** |
| | | | Less: Bank Transfers | | 0.00 | 0.00 | |
| | | | **Subtotal** | | 6,201.57 | 5.06 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$6,201.57** | **$5.06** | |

{} Asset reference(s)            Printed: 06/25/2007 01:45 PM    V.9.02

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| **Case Number:** | 06-08291 BB | **Trustee:** | BRADLEY J. WALLER (330500) |
| --- | --- | --- | --- |
| **Case Name:** | MORALES, BRENDA L | **Bank Name:** | JPMORGAN CHASE BANK, N.A. |
| | | **Account:** | \*\*\*-\*\*\*\*\*32-65 - Money Market Account |
| **Taxpayer ID #:** | 13-7548951 | **Blanket Bond:** | $5,000,000.00   (per case limit) |
| **Period Ending:** | 06/25/07 | **Separate Bond:** | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

|  | TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- | --- |
|  | MMA # \*\*\*-\*\*\*\*\*32-65 | 6,201.57 | 5.06 | 6,196.51 |
|  |  | $6,201.57 | $5.06 | $6,196.51 |

{} Asset reference(s)

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: ) | CHAPTER 7 CASE | |
| MORALES, BRENDA L ) | | |
| ) | CASE NO. 06-08291 BB | |
| ) | | |
| ) | JUDGE BRUCE W. BLACK | |
| Debtor(s) ) | | |

**DISTRIBUTION REPORT**

I, <u>BRADLEY J. WALLER</u>, Trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution:

<u>SUMMARY OF DISTRIBUTION:</u>

| | |
|---|---|
| Secured Claims | $ 0.00 |
| Chapter 7 Administrative Expenses: | $ 1,503.65 |
| Chapter 11 Administrative Expenses: | $ 0.00 |
| Priority Claims (507(a)(2)-(a)(7)): | $ 0.00 |
| Secured Tax Liens: | $ 0.00 |
| Priority Tax Claims: | $ 0.00 |
| Other Priority Claims (507(a)(9)): | $ 0.00 |
| General Unsecured Claims: | $ 4,692.86 |
| <u>TOTAL AMOUNT TO BE DISTRIBUTED:</u> | $ 6,196.51 |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                           **PAGE 2**

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| Secured Claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (B) and §507(a)(1) (Chapter 7 costs of administration including court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. 1930(6)) | $1,503.65 | 100.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | BRADLEY J. WALLER, Trustee Fees | 1,370.16 | 1,370.16 |
| | BRADLEY J. WALLER, Trustee Expenses | 133.49 | 133.49 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Debtor-in-possession (DIP) administrative expenses) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 3**

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions limited to $4,300.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(4) - Contributions to Employee Benefit Funds | $0.00 | 0.00% |
| **CLAIM NUMBER** **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| §507(a)(5) - Farmers' and Fishermen's claims to the extent of $4,300.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|
| 507(a)(6) - Deposits by consumers to the extent of $1,950.00 | $0.00 | 0.00% |
| **CLAIM NUMBER** **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

**EXHIBIT D**

**DISTRIBUTION REPORTS**  **PAGE 4**

| 9. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | 507(a)(7) - Alimony | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 10. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §724(b) - Tax Liens | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 11. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §507(a)(8) - Tax claims excluding fines and penalties | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 12. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §507(a)(9) - Capital Commitments to FDIC, et al. | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| 13. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 5**

| | | | |
|---|---|---:|---:|
| §726(a)(2) - General Claims (To be paid pro-rata after costs of administration and priority claims are paid in full) | | $39,131.91 | 11.99% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---:|---:|
| 1 | Recovery Management Systems Corporation | 812.44 | 97.43 |
| 2 | Discover Bank/Discover Financial Services | 13,559.48 | 1,626.11 |
| 3 | Kohl's Department Store | 644.56 | 77.30 |
| 4 | Motorola ECU | 5,675.82 | 680.67 |
| 5 | Chase Bank USA, N.A. | 6,760.27 | 810.72 |
| 6 | US Department of Education | 7,179.34 | 860.97 |
| 9 | Denise Amador | 4,500.00 | 539.66 |

| 14. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | Subordinated unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 15. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---:|---:|
| | §726(a)(3) - Late unsecured claims | $0.00 | 0.00% |

| CLAIM NUMBER | CREDITOR | ALLOWED AMOUNT | DIVIDEND AMOUNT |
|---|---|---|---|
| | | | |

| 16. | TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND% |
|---|---|---|---|

**EXHIBIT D**

**DISTRIBUTION REPORTS** **PAGE 6**

| §726(a)(4) - Fines/penalties | | $0.00 | 0.00% |
|---|---|---|---|
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **17.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(5) - Interest | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

| **18.** | **TYPE OF CLAIMS** | **TOTAL AMOUNT OF CLAIMS** | **FINAL DIVIDEND%** |
|---|---|---|---|
| §726(a)(6) - Surplus to Debtor | | $0.00 | 0.00% |
| **CLAIM NUMBER** | **CREDITOR** | **ALLOWED AMOUNT** | **DIVIDEND AMOUNT** |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED /WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Secured | 7 | CenterOne Financial Services LLC<br>Pob 91060<br>Mobile, AL  36691 | $15,247.50 | Disallowed per court order of 03/09/2007 |
| Secured | 8 | World Financial Network National Bank<br>Harlem Furniture c/o Weinstein & Riley,<br>P.S.,2101 Fourth Ave., Suite 900 | $2,992.31 | Disallowed per court order of 03/09/2007 |

**EXHIBIT D**

**DISTRIBUTION REPORTS**                                                                                           **PAGE 7**

|          |   | Seattle, WA  98121 |          |                   |
|----------|---|--------------------|----------|-------------------|
| Priority | 9 | Denise Amador      | $4,500.00 | Reclassified as  |
|          |   | 1847 Venson Lane   |          | General Unsecured |
|          |   | Joliet, IL  60435  |          |                   |

    WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.


Dated: _____                    _____
                                                      BRADLEY J. WALLER, Trustee

**EXHIBIT D**

Brenda L. Morales
06-08291

**PROFESSIONAL FEES AND EXPENSES**

|  | **Previously Allowed** | **Pending Compensation Applications** | **Fees & Expenses Total** |
|---|---:|---:|---:|
| **Attorney for Trustee** | 0.00 | 0.00 | 0.00 |
| **Accountant for Trustee** Lee G. Schwendner, CPA DiGiovine, Hnilo, Jordan & Johnson 2570 Foxfield Road, Suite 301 St. Charles, IL 60174 | 0.00 | 0.00 | 0.00 |
| **Realtor for Trustee** | 0.00 | 0.00 | 0.00 |
| **Attorney for Debtor** Alonzo H. Zahour 101 Royce Road, Suite 8 Bolingbrook, IL 60440-1458 | 800.00 | 0.00 | 800.00 |
| **Other Professionals** Bradley J. Waller, Trustee Klein, Stoddard, Buck, Waller & Lewis 2045 Aberdeen Court Sycamore, IL 60178 | 0.00 | 1,503.65 | 1,503.65 |
| TOTAL | $ 800.00 | $ 1,503.65 | $ 2,303.65 |

**EXHIBIT G**