**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 7 CASE |
| MORALES, BRENDA L | ) | |
| | ) | CASE NO. 06-08291 BB |
| | ) | |
| | ) | JUDGE BRUCE W. BLACK |
| Debtor(s) | ) | |

**NOTICE OF FILING OF THE TRUSTEE'S FINAL REPORT, HEARING ON APPLICATIONS FOR COMPENSATION, AND HEARING ON THE ABANDONMENT OF PROPERTY BY THE TRUSTEE**

To the Debtor(s), Creditors, and other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held.

    At:   Will County Court Annex, 57 N Ottawa St, Room 201, Joliet, IL 60432

    On:   **August 24, 2007**
    At:   **9:15 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses and any objections to the pending applications and transacting such other business as may be properly notices before the Court. ATTENDANCE BY THE DEBTOR AND CREDITORS IS WELCOMED BUT IS NOT REQUIRED.

3.  The Trustee's Final Report shows total:

    | | | |
    |---|---|---|
    | a. Receipts | $ | 6,201.57 |
    | b. Disbursements | $ | 5.06 |
    | c. Net Cash Available for Distribution | $ | 6,196.51 |

4.  Applications for administration fees and expenses have been filed as follows:

    | Applicant | Compensation Previously Paid | Fees Now Requested | Expenses |
    |---|---|---|---|
    | Bradley J. Waller, Trustee | $ 0.00 | $ 1,370.16 | $ 133.49 |

5.  In addition to the fees and expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in full for there to be any dividend to general unsecured creditors. The priority dividend is anticipated to be 0.00%.

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|

6. Claims of general unsecured creditors totaling $39,131.91, have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The general unsecured dividend is anticipated to be 11.99%.

Allowed general unsecured claims are as follows:

| Claim Number | Claimant | Allowed Amount of Claim | Proposed Payment |
|---|---|---|---|
| 1 | Recovery Management Systems Corporation | $ 812.44 | $ 97.43 |
| 2 | Discover Bank/Discover Financial Services | $ 13,559.48 | $ 1,626.11 |
| 3 | Kohl's Department Store | $ 644.56 | $ 77.30 |
| 4 | Motorola ECU | $ 5,675.82 | $ 680.67 |
| 5 | Chase Bank USA, N.A. | $ 6,760.27 | $ 810.72 |
| 6 | US Department of Education | $ 7,179.34 | $ 860.97 |
| 9 | Denise Amador | $ 4,500.00 | $ 539.66 |

7. Proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions, or as ordered by the Court.

8. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois 60604, or may be viewed on the Court's web site, *www.ilnb.uscourts.gov*. If no objections are filed, the Court will act on the fee application(s) and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure 3009 without further order of Court.

9. Debtor has been discharged.

10. The Trustee proposed to abandon the following property at the hearing:
    a. Residence
    b. Checking Account
    c. Household Goods
    d. Wearing Apparel
    e. Misc. Jewelry
    f. Motorola Stock
    g. 2004 Mitsubishi Endeavor
    h. 2005 Scion

Dated: **July 31, 2007**                    For the Court,

By: **KENNETH S GARDNER**
Kenneth S Gardner
Clerk of the United States Bankruptcy Court
219 S. Dearborn Street, 7th Floor
Chicago, IL  60604

**BAE SYSTEMS**
**Bankruptcy Noticing Center**
**2525 Network Place, 3rd Floor**
**Herndon, Virginia 20171-3514**

8291    Doc 45    Filed 07/31/07    Entered 08/03/07 00:47:35    Desc Imaged
Certificate of Service    Page 3 of 3

# CERTIFICATE OF SERVICE

```
District/off: 0752-1                User: amcc7                     Page 1 of 1                Date Rcvd: Jul 31, 2007
Case: 06-08291                      Form ID: pdf002                 Total Served: 31


The following entities were served by first class mail on Aug 02, 2007.
db          +Brenda L Morales,    809 Sudbury Drive,    Joliet, IL 60435-3474
aty         +Alonzo H Zahour,    Law Office of Alonzo H. Zahour,    101 Royce Rd Ste 8,
              Bolingbrook, IL 60440-1409
aty         +Laura A. Hrisko,    American General Financial Services,    20 North Clark Street,    Suite 2600,
              Chicago, IL 60602-5106
tr          +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
cr          ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
              (address filed with court: Toyota Motor Credit Corporation,    Asset Protection,
              19001 South Western Avenue,    PO Box 2958,    Torrance, CA 90509-2958)
10817023     American General Finance,    1261 N Lake St Ste G,    Aurora, IL 60506-2472
10817024    +Bank of America,    2970 Transit Road,    Buffalo, NY 14224-2524
10817025    +Brian Morales,    809 Sudbury Drive,    Joliet, IL 60435-3474
10817026     Center One Financial Services,    Dept 228,    PO Box 91060,    Mobile, AL 36691-1060
10977774    +CenterOne Financial Services LLC,    Pob 91060,    Mobile, AL 36691-1060
10817027     Chase,    Cardmember Service,    PO Box 15548,    Wilmington, DE 19886-5548
10957278    +Chase Bank USA, N.A.,    c/o Weinstein & Riley, P.S.,    2101 4th Avenue, Suite 900,
              Seattle, WA 98121-2339
10986211    +Denise Amador,    1847 Venson Lane,    Joliet, IL 60435-3781
10817029     Encore Receivable Mgmt,    400 N Rogers Road,    PO Box 3330,    Olathe, KS 66063-3330
10817030     Fashion Bug,    PO Box 319,    Milford, OH 45150-0319
10986212    +Hallmark Sports,    10850 Laraway Road,    Frankfort, IL 60423-7753
10817031    +JC Penney,    PO Box 981131,    El Paso, TX 79998-1131
10949405    +Kohl's Department Store,    P O Box 740933,    Dallas, TX 75374-0933
10817032     Kohls,    PO Box 3084,    Milwaukee, WI 53201-3084
10817033     MBNA America,    PO Box 15026,    Wilmington, DE 19850-5026
10817034    +Menards/Retail Services,    PO Box 15521,    Wilmington, DE 19850-5521
10817035    +Motorola ECU,    1205 E Algonquin Road,    Schaumburg, IL 60196-4040
10817036    +Ohio Savings Bank,    Loan Service OH98-0803,    1111 Chester Ave, Suite 200,
              Cleveland, OH 44114-3516
10938165    +Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPENNEY,
              25 SE 2nd Ave Ste 1120,    Miami FL 33131-1605
10817037     Retail Services,    PO Box 15521,    Wilmington, DE 19850-5521
10817038     Toyota Financial Service,    5005 N River Blvd,    Cedar Rapids, IA 52411-6634
10817039     US Department of Education,    Direct Loan Servicing Center,    PO Box 5609,
              Greenville, TX 75403-5609
10817040     WFNNB-Harlem Furniture,    PO Box 182782,    Columbus, OH 43218-2782
10983441    +World Financial Network National Bank,    Harlem Furniture,    c/o Weinstein & Riley, P.S.,
              2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339

The following entities were served by electronic transmission on Aug 01, 2007.
10817028     E-mail/PDF: mrdiscen@discoverfinancial.com Aug 01 2007 03:45:56      Discover Financial Services,
              PO Box 15410,    Wilmington, DE 19850-5410
10938542    +E-mail/PDF: mrdiscen@discoverfinancial.com Aug 01 2007 03:45:56
              Discover Bank/Discover Financial Services,    PO Box 3025,    New Albany OH 43054-3025
                                                                                              TOTAL: 2

            ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty*        +Bradley J Waller,    Klein Stoddard Buck Waller & Lewis LLC,    2045 Aberdeen Court,
              Sycamore, IL 60178-3140
cr*          CenterOne Financial Services LLC,    PO BOX 91060,    MOBILE, AL 36691-1060
                                                                                              TOTALS: 0, * 2

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 02, 2007**         **Signature:** _Joseph Speetjens_